**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

    VS                                   CASE NO.  3:94cr5003 LAC

TIMOTHY GARRETT

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on _____ MARCH 11, 2008 _____

Motion/Pleadings: __MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18

U.S.C. § 3582(c)(2)__

Filed by _ DEFENDANT PRO SE _____ on _March 10, 2008___ Doc.# 365 _____

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

                             WILLIAM M. McCOOL, CLERK OF COURT

_____          *s/Mary Maloy*_____

LC (1 OR 2)          Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of March, 2008, that:*

*(a) The relief requested is **DENIED.  MOOT.***

*(b) See doc 364.*

_____

_____

                                    s/*L.A. Collier*_____

                                 ***LACEY A. COLLIER***
                  ***Senior United States District Judge***

Entered On Docket: _____ By: __

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

_____

Document No.